**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

JULIA VANDERHORST, ON BEHALF OF
ADOLESCENT SJAV,

                Plaintiff,                23 **CIVIL** 2674 (PGG)(JW)

      -v-                                      <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Revised Stipulation and Order dated September 6, 2023, that the final decision of the Commissioner of Social Security be, and hereby is, REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for calculation of benefits. The parties agree that benefits will be calculated consistent with the November 14, 2022 Order and Decision by Magistrate Judge Gary R. Jones in Vanderhorst v. Commissioner of Social Security, Civil Case No. 1:20-cv-09921-GRJ, Docket No. 38.

**Dated:** New York, New York
         September 7, 2023

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**

                              **BY:**      *K. Mango*

                                                             **Deputy Clerk**